# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANDRE LUCKMAN IBRAHIM,      §
§
        Plaintiff,      §      CIVIL ACTION NO. 4:26-CV-00151-
v.      §      ALM-AGD
§
ATTORNEY GENERAL OF THE UNITED      §
STATES, ET AL.,      §
§
        Defendants.

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 12, 2026, the Magistrate Judge entered a Report (Dkt. #5) recommending that *pro se* Plaintiff Andre Luckman Ibrahim's ("Plaintiff") Emergency Motion for Temporary Restraining Order (Dkt. #3) be denied. On February 13, 2026, Plaintiff filed an objection (Dkt.#8). On that same day, Plaintiff filed a new Petition for Writ of Habeas Corpus (Dkt. #6) and Emergency Motion for Temporary Restraining Order (Dkt. #7).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's objection (Dkt. #8), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Andre Luckman Ibrahim's Emergency Motion for Temporary Restraining Order (Dkt. #3) is **DENIED**.

     **IT IS SO ORDERED.**

**SIGNED this 20th day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE